IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

      Plaintiff,                     No. CIV S-10-3274 EFB P

    vs.

ROBERT LONG, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). Currently before the court is plaintiff's fourth motion for preliminary injunctive relief. Dckt. Nos. 18. The court denied plaintiff's three prior motions on May 17, 2011. Dckt. No. 27.

        In all four motions, plaintiff sought to stop his transfer out of California State Prison – Solano (hereinafter "CSP – Solano"). He asked the court to order defendant Long, along with non-parties Alvaro Traquina, M.D., and R. Tan, M.D., to halt the transfer, alleging that Traquina and Tan falsified medical documents at the behest of Long to qualify plaintiff for a disability-based transfer out of CSP-Solano. Plaintiff alleged that the individuals took this action to retaliate against plaintiff for this lawsuit and another suit he states he has pending against

1

1 Traquina. The court concluded that plaintiff had not shown that he was entitled to a preliminary
2 injunction based on the standards for such an injunction's issuance. Dckt. No. 27 at 2-5.
3 Because plaintiff's current motion addresses the same facts and suffers the same defects as his
4 prior motions for preliminary injunctive relief, the court will deny the motion.
5     Accordingly, for the reasons stated in the court's May 17, 2011 order, plaintiff's March
6 22, 2011 request for injunctive relief (Docket No. 18) is denied.
7 DATED: May 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE