IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Plaintiff,                    No. CIV S-10-3274 EFB P

    vs.

ROBERT LONG, et al.,

    Defendants.              <u>ORDER</u>

                                    /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a notice of interlocutory appeal to the Ninth Circuit Court of Appeals, seeking review of this court's denials of his motions for preliminary injunctive relief. Dckt. No. 23. He seeks to proceed in forma pauperis on appeal has also filed a motion for appointment of counsel. Dckt. Nos. 37, 35.

      This court granted plaintiff leave to proceed in forma pauperis in this action on March 2, 2011. The court does not find that plaintiff's appeal is not taken in good faith or he is not entitled to proceed in forma pauperis for some other reason. Accordingly, petitioner may proceed in forma pauperis on appeal without further authorization. Fed. R. App. P. 24(a)(3).

      This court will not rule on plaintiff's request for counsel, which appears to be intended for the Court of Appeals. Any filings plaintiff wishes to have considered by the Court of

1

1 | Appeals (other than the notice of appeal) should be filed with that court rather than the district
2 | court.  *See* Fed. R. App. P. 25.
3 |     Accordingly, it is hereby ORDERED that plaintiff's June 13, 2011 motion to proceed in
4 | forma pauperis in his interlocutory appeal is granted.
5 | DATED: June 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE