IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

        Plaintiff,                    No. CIV S-10-3274 GEB EFB P

    vs.

ROBERT LONG, et al.,

        Defendants.           ORDER

                                  /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 18, 2011, plaintiff filed a motion to for a preliminary injunction. Dckt. No. 50. Defendants have not filed an opposition or a statement of no opposition.

       In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 230(l). "Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." *Id*. A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*. Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all

1

1 sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule
2 11-110.
3    Accordingly, it is hereby ORDERED that, within 14 days of the date of this order,
4 defendants shall file either an opposition to the motion for preliminary injunction or a
5 statement of no opposition.
6 DATED: September 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2