IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Plaintiff,                                 No. 2:10-cv-3274 GEB EFB P

    vs.

ROBERT LONG, et al.,

    Defendants.                             ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In light of plaintiff's June 1, 2012 filing, the court hereby orders as follows:

        1. The Clerk of the Court shall send plaintiff a copy of (a) the court's April 19, 2012 order and findings and recommendations, and (b) the court's May 15, 2012 order; and

        2. The deadlines established by the April 19, 2012 order are modified as follows:

            a. Plaintiff may, within 30 days from the date of <u>this</u> order, file exhibits A-J to his opposition to defendants' summary judgment motion.

            b. Defendants shall file their reply within 30 days of the date on which plaintiff files exhibits A-J to his opposition, or the date by which plaintiff's exhibits A-J are due, whichever is earlier.

Dated: June 18, 2012.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE