1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD MANUEL BURGOS,

11          Plaintiff,                      No. 2:10-cv-3274 TLN EFB P

12       vs.

13   ROBERT LONG, et al.,                   ORDER

14          Defendants.

15   _____/

16       On May 9, 2013, the court directed plaintiff to file a pretrial statement within 30 days.

17   On May 10, 2013, the court set this action for a settlement conference on June 4, 2013.  The case

18   did not settle.  Accordingly, plaintiff must file a pretrial statement in accordance with the May 9

19   order.

20       Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this order,

21   plaintiff shall file and serve a pretrial statement and any motions necessary to obtain the

22   attendance of witnesses at trial, in accordance with the May 9 order.

23   DATED:  June 18, 2013.

24

25                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
26