IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

      Plaintiff,                       No. 2:10-cv-3274 TLN EFB P

      vs.

ROBERT LONG, et al.,              ORDER

      Defendants.

_____/

    On May 9, 2013, the court directed plaintiff to file a pretrial statement within 30 days. On May 10, 2013, the court set this action for a settlement conference on June 4, 2013. The case did not settle. Accordingly, plaintiff must file a pretrial statement in accordance with the May 9 order.

    Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this order, plaintiff shall file and serve a pretrial statement and any motions necessary to obtain the attendance of witnesses at trial, in accordance with the May 9 order.

DATED: June 18, 2013.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE