UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS, | No. 2:10-cv-3274-TLN-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT LONG, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The matter came before the undersigned on June 4, 2013 for a settlement conference. The case did not settle at that time.

The court is in receipt of correspondence from plaintiff, attached to the instant order, wherein he requests to settle the case under the terms offered by defendants at the previous conference. Good cause appearing, the matter will be set for a further settlement conference.

Accordingly, it is ORDERED that a further Settlement Conference is set for November 21, 2013 at 10:00 a.m. in Courtroom No. 8. A writ of habeas corpus ad testificandum will issue shortly to provide for plaintiff's presence by video-conferencing from California State Prison Solano. Should the parties settle the case in principle prior to November 21st, they shall promptly notify the court and the Settlement Conference date will be vacated.

Dated: October 11, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE