UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

       Plaintiff,                        No.  2:10-cv-3274-TLN-EFB P

vs.

ROBERT LONG, et al.,

       Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Robert Manuel Burgos, inmate E-63408, a necessary and material witness in proceedings in this case on November 21, 2013, is confined in California State Prison Solano, in Vacaville, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Edmund F. Brennan, to appear by video-conferencing at California State Prison, Solano, November 21, 2013 at 10:00 am.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, California State Prison, Solano, 2100 Peabody Road, PO Box 4000, Vacaville, California, 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 23, 2013.

                                                       EDMUND F. BRENNAN
                                                       UNITED STATES MAGISTRATE JUDGE

/md; burg3274.841.vc