## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

        Plaintiff,                No. 2:10-cv-3274-TLN-EFB P

  vs.

ROBERT LONG, et al.,           **AMENDEDORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.

       Richard Manuel Burgos, CDCR # E-63408, a necessary and material witness in a settlement conference in this case on November 21, 2013, is confined in California State Prison, Solano (SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, Courtroom No. 8, 501 I Street, Sacramento, California 95814, on Thursday, November 21, 2013 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  This shall amend the writ issued October 23, 2013;

       2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the undersigned; and

       3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 5, 2013.

                                     _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE