UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS, | No. 2:10-cv-3274-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| ROBERT LONG, et al., | |
| Defendants. | |

Pursuant to the representations of plaintiff and counsel for defendants at a Settlement Conference conducted in Courtroom No. 8 on November 21, 2013, the court has determined that the above-captioned case has settled.

As stated on the record, the court now orders that dispositional documents are to be filed not later than May 20, 2014.

All hearing dates set in this matter are VACATED.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: November 21, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE