1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD MANUEL BURGOS,              No.  2:09-cv-3276-MCE-CMK P

12              Plaintiff,

13        v.

14   ROBERT LONG, et al.,

15              Defendants.

16

17   RICHARD MANUEL BURGOS,              No.  2:10-cv-3274-GEB-EFB P

18              Plaintiff,

19        v.                             ORDER RE SETTLEMENT & DISPOSITION[1]

20   ROBERT LONG, et al.,

21              Defendants.

22

23        A full and final settlement of the above cases was reached at a Settlement Conference

24   conducted in Courtroom No. 8 on November 21, 2013.

25   /////

26   /////

27   _____

28        [1] On November 22, 2013, the court entered this order in 2:10-cv-3274 but failed to issue it in the 09-cv-3276 case.

1

1    As stated on the record on November 21, 2013, the court orders that dispositional

2  documents are to be filed not later than May 20, 2014.

3    All hearing dates set in the above-captioned cases are VACATED and all pending motions

4  are denied as moot.

5    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

6  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

7  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

8    IT IS SO ORDERED.

9  DATED:  January 23, 2014.

10    EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28