1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAYNES, | No. 2:12-cv-3018 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. ROSARIO, et al., | |
| Defendants. | |
| RICHARD MANUEL BURGOS, | No. 2:10-cv-3274 TLN EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT LONG, et al., | |
| Defendants. | |

The parties have consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). The court has received the Notice of Related Cases concerning the above-captioned case filed February 24, 2014. (ECF 28.) Defendants object to plaintiff's notice of related cases because no common questions of law or fact exist between this case and the cases identified in plaintiff's notice. (ECF No. 30 at 2.)

////

1

Local Rule 123(a) provides that:

> An action is related to another action within the meaning of this Rule when
>
> (1) both actions involve the same parties and are based on the same or a similar claim;
>
> (2) both actions involve the same property, transaction, or event;
>
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
>
> (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

L.R. 123(a).

The court has reviewed the cases identified by plaintiff (ECF No. 28 at 3), as well as the cases addressed by defendants (ECF No. 30 at 2), and determined that it is inappropriate to relate and reassign such cases to the instant case.[1]  Local Rule 123.  Therefore, the court declines to do so.

IT IS SO ORDERED.

Dated:  March 7, 2014

/hayn3018.862

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The notice of related cases was filed and docketed in the instant action, as well as Burgos v. Long, Case No. 2:10-cv-3274 TLN EFB P; therefore, this order is only filed in these two cases.